[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 572.]

THE STATE EX REL. ROADWAY SERVICES, INC., APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL, APPELLEES.

[Cite as *State ex rel. Roadway Serv., Inc. v. Indus. Comm.*, 2001-Ohio-119.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 00-2019—Submitted April 24, 2001—Decided June 6, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 99AP-1127.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*Buckingham, Doolittle & Burroughs, L.L.P.,* and *Richard A. Hernandez*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Jacob Dobres*, Assistant Attorney General, for appellee Industrial Commission.

*Michael J. Muldoon*, for appellee Aaron J. Carte.

————————————